

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00718-CV

**IN THE INTEREST OF J.C.M. AND R.M., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00503
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed a notice of appeal on October 26, 2022. Thus, the 180-day deadline in which this court must dispose of this appeal is April 24, 2023.

The reporter's record was originally due on November 7, 2022. On November 11, 2022, the court reporter filed a notification of late record. The court reporter requested until November 23, 2022 to file the reporter's record. The request is GRANTED. The court reporter is ORDERED to file the reporter's record with this court **no later than November 23, 2022**. *Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.*

It is so **ORDERED** on November 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT